

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2025
```

**April 15, 2025**

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Oropeza v. Made In Mexico Uptown Corp. et al**
Case No.: 1:24-cv-02236-MKV

Dear Judge Vyskocil:

I represent Plaintiff in the above-referenced matter. I write respectfully to inform the Court that I will be out of New York City and unavailable on May 12, 2025, the date currently scheduled for the default judgment hearing.

I am available for a rescheduled hearing date anytime after May 26, 2025, and respectfully request that the Court adjourn the hearing to a date thereafter that is convenient for the Court.

I thank the Court for its attention to this matter.

Respectfully submitted,
**/s/ Lina Stillman**
Lina Stillman, Esq.

> This request to adjourn is GRANTED. The default judgment hearing will be held on June 9, 2025 at 11:00 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. Plaintiff serve Defendants with both the Court's earlier Order [ECF No. 24] and this Order and must file proof of service by April 22, 2025. Failure to comply with court orders and all applicable rules may result in sanctions, including dismissal for failure to prosecute.
>
> Date: April 16, 2025
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge