

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2025
```

May 26, 2025

VIA ECF
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Oropeza v. Made In Mexico Uptown Corp. et al
Case No. 1:24-cv-02236-MKV

Dear Judge Vyskocil:

I represent Plaintiff Salomon Oropeza in the above-referenced matter. I respectfully write to request a second adjournment of the hearing on Plaintiff's motion for default judgment, currently scheduled for June 9, 2025 at 11:00 a.m., to a later date convenient to the Court, preferably after June 17, 2025.

I make this request because I am scheduled to appear at a two-day hearing before the New York State Division of Human Rights in the matter of *Norma Gutierrez v. Francisco Sosa Inc. et al* (Case No. 10221698), which will be held from 9:30 a.m. to 5:00 p.m. on June 9 and 10, 2025. A copy of the Notice of Hearing is attached hereto as Exhibit A.

This is Plaintiff's second request for an adjournment of the hearing. The first request was granted on April 16, 2025 and Plaintiff received notice of this much awaited hearing May 22. 2025. As always, Plaintiff and counsel remain committed to complying with all court orders and deadlines, and we appreciate the Court's patience in this matter.

Thank you for Your Honor's consideration.

Respectfully submitted,
/s/ Lina Stillman
Lina Stillman, Esq.
Counsel for Plaintiff

Attachment:
Exhibit A – NYSDHR Notice of Hearing dated May 22, 2025

---

This second request to adjourn the default judgment is GRANTED. The default judgment hearing will be held on June 20, 2025 at 11:00 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. Plaintiff must **personally** serve Defendants with both the original Order scheduling the hearing [ECF No. 24] and this Order and must file proof of service by June 9, 2025. **There will be no further adjournments of this hearing to accommodate plaintiff's counsel's schedule.  Failure to comply with court orders and all applicable rules may result in sanctions, including dismissal for failure to prosecute.**

Date:  June 3, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge